HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JANET BATEMAN, CA Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
DANNY E. DINGLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> DANNY E. DINGLER, </br></br> Defendant. | NO. 1:13-MJ-00102 SKO-1 </br></br> STIPULATION **ADVANCING** STATUS CONFERENCE FOR A CHANGE OF PLEA; ORDER THEREON </br></br> Date:  June 18, 2013 </br> Time:  1:30 p..m. </br> Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Ian P. Whitney, Counsel for Plaintiff, and Assistant Federal Defender, Janet Bateman, Counsel for Defendant, Danny E. Dingler, that the status conference currently set for July 11, 2013 at 10:00 a.m., before Magistrate Judge Gary S. Austin, **may be advanced and rescheduled to June 18, 2013, at 1:30 p.m., for a change of plea hearing before Hon. Sheila K. Oberto.**

///

///

///

///

///

1  ///

2  The parties have entered into a plea agreement and have agreed to set the matter for a change of
3  plea June 18, 2013.

5  BENJAMIN B. WAGNER
   United States Attorney

7  Dated: June 7, 2013              */s/* Ian Whitney
                                    IAN P. WHITNEY
8                                   Assistant United States Attorney
                                    Attorney for Plaintiff

10                                  HEATHER E. WILLIAMS
                                    Federal Defender

12 Dated: June 7, 2013              /s/ Janet Bateman
                                    JANET BATEMAN
13                                  Assistant Federal Defender
                                    Attorney for Defendant
14                                  DANNY E. DINGLER

19                              **ORDER**

22  IT IS SO ORDERED.

23  **Dated:   June 7, 2013**              **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE

*Stipulation to Advance Hearing; ORDER*                    −2−