IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>DANNY E. DINGLER,<br><br>    Defendant. | )  Case No. 1:13-mj-00102-SAB<br>)<br>)  **DEFENDANT'S STATUS REPORT ON**<br>)  **UNSUPERVISED PROBATION**<br>)<br>)<br>)<br>)<br>) |

  PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:**  Failing to obey a lawful order, in violation of 36 C.F.R. § 2.32(a)(2); Driving without a valid driver's license, in violation of 36 C.F.R. § 4.2 (CVC 12500(a)); Creating/maintaining hazardous condition, in violation of 36 C.F.R. § 2.34(a)(4)

**Sentence Date:**  June 18, 2013

**Review Hearing Date:**  April 2, 2015

**Probation Expires On:**  June 17, 2015

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,880.00, which Total Amount is made up of a Fine: $ 1,850.00; Special Assessment: $ 30.00; Processing Fee: $ 0.00; Restitution: $ 0.00.

☒ Payment schedule of $ 150.00 per month by the 1st of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Defendant was ordered to: (1) continue to undergo mental health treatment and follow all directions imposed by the mental health provider; and (2) not operate a vehicle or machinery.

*COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

  **Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

  If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 1,300.00.
  ☒ If not paid in full when was last time payment:  Date: 11/20/2014
                       Amount: $25.00

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant has complied with all other terms of his unsupervised probation.  Defense counsel is waiting for proof of mental health treatment.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.  Specifically, the Government agrees that Defendant has not committed any new law violations and that he has paid $1,300 toward his fine.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Kenneth Jenq

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for 4/2/2015 at 10:00 a.m.

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☐ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

☒ that Defendant be permitted to appear telephonically at the review hearing.

Mr. Dingler lives in Visalia and has no means of getting to Fresno on April 2, 2015.  He is able to appear by telephone.

DATED:  3/19/2015                                   */s/ Erin Snider*
                                                              DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED.  The Court orders that Choose an item.

☒ DENIED.

DATED: **Mar 23, 2015**

**STANLEY A. BOONE**
United States Magistrate Judge