HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DANNY E. DINGLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:13-mj-00102-SAB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | JOINT MOTION TO MODIFY CONDITIONS OF PROBATION AND TO EXTEND TERM OF PROBATION PURSUANT TO 18 U.S.C. §§ 3563(c) AND 3564(d) and [PROPOSED] ORDER |
| DANNY E. DINGLER, | ) | |
| Defendant. | ) | |

The parties, through their respective counsel, Special Assistant United States Attorney Kenneth Jenq, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for Defendant Danny E. Dingler, hereby move pursuant to 18 U.S.C. §§ 3563(c) and 3564(d) to modify the terms of Mr. Dingler's unsupervised probation and to extend his term of unsupervised probation for one year.

On June 18, 2013, Mr. Dingler pled guilty to failure to obey a lawful order, driving without a valid driver's license, and creating/maintaining a hazardous condition.  That same date, the Court sentenced Mr. Dingler to serve six days in custody, with credit for time served.  The Court also placed Mr. Dingler on two years of unsupervised probation.  As conditions of his probation, Mr. Dingler was to continue to undergo mental health treatment, not operate a vehicle or machinery, and obey all laws.  Finally, the Court sentenced Mr. Dingler to pay a $1,880.00 monetary penalty, to be paid in monthly installments of $150.00.

1    On June 19, 2014, the Court held a review hearing. At the review hearing, the Court found that Mr. Dingler was complying with all terms and conditions of his probation, including making regularly payments. The Court set the matter for a further review hearing on April 2, 2015.

In the fall of 2014, Mr. Dingler stopped making payments on his fine. At that time, Mr. Dingler was experiencing financial difficulties. Due to his disability, Mr. Dingler lives with his parents. He receives $836.00 per month in disability benefits and pays $500 a month in rent to his parents. He also assists with other expenses around the house. In the fall of 2014, the refrigerator in his home broke and he and his parents purchased a new refrigerator. They are making payments of $200.00 per month on the new refrigerator. In addition, the family's van required repairs. Due to these large expenses and his limited income, Mr. Dingler was unable to continue making his monthly payments of $150.00.

The parties now jointly request that the Court modify the conditions of Mr. Dingler's probation. Specifically, the parties request that the Court modify the payment schedule so that Mr. Dingler's monthly obligation is $50.00 rather than $150.00. The parties also request that the Court extend Mr. Dingler's term of unsupervised probation by one year, to expire June 17, 2016. This extension will give Mr. Dingler time to pay off his fine before his term of unsupervised probation expires.

WHEREFORE, the parties request that the conditions of Mr. Dingler's probation be modified pursuant to 18 U.S.C. § 3563(c) and his term of probation extended pursuant to 18 U.S.C. § 3564(d).

///
///
///
///
///
///
///

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: April 2, 2015        */s/ Kenneth Jenq*
                           Kenneth Jenq
                           Special Assistant United States Attorney
                           Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: April 2, 2015        */s/ Erin Snider*
                           ERIN SNIDER
                           Assistant Federal Defender
                           Attorney for Defendant
                           DANNY E. DINGLER


# O R D E R

The Court hereby grants the parties' joint motion to modify the terms of unsupervised probation and to extend the term of unsupervised probation. Pursuant to 18 U.S.C. § 3563(c), the Court lowers Mr. Dingler's monthly payment obligation from $150.00 per month to $50.00 per month. Pursuant to 18 U.S.C. § 3564(d), the Court extends Mr. Dingler's term of unsupervised probation for one year, to expire June 17, 2016.

IT IS SO ORDERED.

Dated:  **April 7, 2015**                             _____
                                                      UNITED STATES MAGISTRATE JUDGE