IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>DANNY E. DINGLER,<br><br>    Defendant. | Case No. 1:13-mj-00102 SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Failure to Obey a Lawful Order in violation of 36 C.F.R. § 2.32(a)(2), Driving Without a Valid Driver's License in violation of 36 C.F.R. § 4.2 CVC 12500(a), and Creating a Hazardous Condition in violation of 36 C.F.R. § 2.34(a)(4)

**Sentence Date:** June 18, 2013

**Review Hearing Date:** November 5, 2015

**Probation Expires On:** June 16, 2016

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,880.00

☒ Payment schedule: $50.00/month

☐ Community Service hours Imposed of:

☒ Other Conditions: Defendant shall not operate a motor vehicle; Defendant shall attend Mental Health Treatment

*COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ $1,500.00
☒ If not paid in full when was last time payment:    Date: 9/9/2015
                                                      Amount: $50.00
- Defendant will be paying an additional $100 on 11/1/2015, and continuing his

☐      To date, Defendant has performed ____ hours of community service. payment schedule as ordered.

☒      Compliance with Other Conditions of Probation:

The Defendant does not possess a driver's license and has not operated a motor vehicle at any time during his period of probation. He will continue to obey the restriction on driving.

The Defendant's mental health counselling was terminated by Tulare County Mental Health Services due to the fact that Defendant is a registered sex offender, which makes him ineligible for county services. The Defendant attempted to locate alternative mental health counselling but there is none within driving distance from his home that accept SSI as payment, and are willing to accept him given his registration as a sex offender. Defendant has therefore continued to see Dr. Charles Newton in Visalia every 90 days in order to continue his prescription medication regimen, which includes anti-depressants and mood stabilizers.

## *GOVERNMENT POSITION:*

☐      The Government agrees to the above-described compliance.

☒      The Government disagrees with the following area(s) of compliance: As of 10/20/15, government has not been provided with proof of continued mental health treatment. Defense counsel is attempting to obtain it but since government will be out of town until 10/27/15, I am providing this status now based on information currently available so that defendant can file this report on Thursday.

Government Attorney: /s/ *Bayleigh J. Pettigrew*

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒      that the review hearing set for 11/5/2015 at 10:00 a.m.

         ☒      be continued to June 2, 2016 at 10:00 a.m.; or

         ☐      be vacated.

☐      that Defendant's appearance for the review hearing be waived.

DATED: 10/20/2015                                */s/ Megan Hopkins*
                                                                  DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED in part.  The Court orders that this hearing shall proceed on the date and time scheduled to address the issue of mental health but that the Defendant's appearance for the Review Hearing be waived.  However, the Defendant is hereby ordered to appear at any subsequent hearing if ordered to do so by the Court.  .

☐ DENIED.

DATED: Oct 27, 2015

_____
**STANLEY A. BOONE**
United States Magistrate Judge