HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
MEGAN T. HOPKINS, CA SBN #294141
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DANNY E. DINGLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:13-mj-0102-SAB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION TO MODIFY CONDITIONS OF PROBATION; ORDER |
| DANNY E. DINGLER, | ) | |
| Defendant. | ) | |

The Defendant, Danny E. Dingler, by through his counsel, Assistant Federal Defender Megan T. Hopkins, hereby moves to modify the conditions of his probation pursuant to 18 U.S.C. §§ 3563(c). The government does not oppose this motion.

On June 18, 2013, Mr. Dingler pled guilty to Failure to Obey a Lawful Order in violation of 36 C.F.R. § 2.32(a)(2), Driving Without a Valid Driver's License in violation of 36 C.F.R. § 4.2 CVC 12500(a), and Creating a Hazardous Condition in violation of 36 C.F.R. § 2.34(a)(4). The Court placed Mr. Dingler on unsupervised probation for 24 months, with the conditions that he pay a $1,880.00 fine, not operate a motor vehicle during the period of probation, and attend mental health treatment.

Mr. Dingler's mental health counselling has been terminated by Tulare County Mental Health Services due to the fact that Defendant is a registered sex offender, which makes him ineligible for county services. Mr. Dingler, along with his mother and caretaker, have attempted

to locate alternative mental health counselling through every reasonable avenue, but there is none within driving distance from his home that accept SSI as payment, and are willing to accept him given his registration as a sex offender. Mr. Dingler has therefore continued to see Dr. Charles Newton in Visalia every 90 days in order to continue his prescription medication regimen, which includes anti-depressants and mood stabilizers.

Given that Mr. Dingler is unable to comply with the current term of probation requiring mental health treatment, and is presently in a stable condition and availing himself of the support and medical care of Dr. Charles Newton, it is requested that the terms of his unsupervised probation be modified to remove the condition that he attend mental health treatment.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 15, 2015          /s/ Megan Hopkins
                                 MEGAN T. HOPKINS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 DANNY E. DINGLER

### **O R D E R**

**IT IS SO ORDERED.** Good cause appearing and pursuant to 18 U.S.C. § 3563(c), the Court hereby modifies the conditions of Mr. Dingler's term of unsupervised probation as follows: Mr. Dingler shall no longer be required to attend mental health counselling or other treatment.

IT IS SO ORDERED.

Dated:   **December 17, 2015**                    _____
                                                  UNITED STATES MAGISTRATE JUDGE