# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>DANNY E. DINGLER,<br><br>        Defendant. | ) Case No. 1:13-mj-00102 SAB<br>)<br>) **DEFENDANT'S STATUS REPORT ON**<br>) **UNSUPERVISED PROBATION**<br>)<br>)<br>)<br>)<br>) |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Failure to Obey a Lawful Order in violation of 36 C.F.R. § 2.32(a)(2), Driving Without a Valid Driver's License in violation of 36 C.F.R. § 4.2 CVC 12500(a), and Creating a Hazardous Condition in violation of 36 C.F.R. § 2.34(a)(4)

**Sentence Date:** June 18, 2013

**Review Hearing Date:** April 7, 2016

**Probation Expires On:** June 16, 2016

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,880.00

☒ Payment schedule: $50.00/month

☐ Community Service hours Imposed of:

☒ Other Conditions: Defendant shall not operate a motor vehicle

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

    **Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 1,850.00
    ☒ If not paid in full when was last time payment:    Date: 3/7/2016
                                                                                   Amount: $100.00

Defendant will be paying the final $30 the first week of April, and will at that time be in full compliance and will have completed all conditions of probation.

☐ To date, Defendant has performed ____ hours of community service.

☒ Compliance with Other Conditions of Probation:

The Defendant does not possess a driver's license and has not operated a motor vehicle at any time during his period of probation. He will continue to obey the restriction on driving.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  /s/ *Katherine A. Plante*

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/7/2016 at 10:00 a.m.

  ☒ be continued to June 2, 2016 at 10:00 a.m.; or

  ☐ be vacated.

☒ In the alternative, that Defendant's appearance for the review hearing be waived.

DATED: 3/10/2016                                    */s/ Megan Hopkins*
                                                               DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for April 7, 2016 be continued to June 2, 2016 at 10:00 a.m.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **March 11, 2016**                          _____
                                                                UNITED STATES MAGISTRATE JUDGE

CAED (Fresno)- Misc. 6 (Rev. 11/2014)