# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:13-mj-00102 SAB |
| Plaintiff, | ) ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| DANNY E. DINGLER, | ) ) | |
| Defendant. | ) ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Failure to Obey a Lawful Order in violation of 36 C.F.R. § 2.32(a)(2), Driving Without a Valid Driver's License in violation of 36 C.F.R. § 4.2 CVC 12500(a), and Creating a Hazardous Condition in violation of 36 C.F.R. § 2.34(a)(4)

**Sentence Date:** June 18, 2013

**Review Hearing Date:** April 7, 2016

**Probation Expires On:** June 16, 2016

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,880.00

☒ Payment schedule: $50.00/month

☐ Community Service hours Imposed of:

☒ Other Conditions: Defendant shall not operate a motor vehicle

*COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:     Date:
                                                                                      Amount: $

☐ To date, Defendant has performed      hours of community service.

☐ Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

☒    The Government agrees to the above-described compliance.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney:  */s/ Katherine A. Plante*

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒    that the review hearing set for 6/2/2016 at 10:00 a.m.

　　　☐    be continued to at 10:00 a.m.; or

　　　☒    be vacated.

☐    In the alternative, that Defendant's appearance for the review hearing be waived.

DATED:  5/10/2016                                  */s/ Megan Hopkins*
　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT'S COUNSEL

### O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒    GRANTED.  The Court orders that the Review Hearing be vacated.

☐    DENIED.

IT IS SO ORDERED.

Dated:   **May 12, 2016**　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE